## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

_Jacksonville_____ Division
_5ᵗʰ Amended complaint_
### CIVIL RIGHTS COMPLAINT FORM

_Jonathon Lewis_____

CASE NUMBER: _3:11-cv-00818-MMH-TEM_
(To be supplied by Clerk's Office)

_Jury trial Demanded_
_Injunction sought_

_____

_____

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

_Florida Dept of corrections_

_employees et al Individual and_

_official capacity Jointly_

_____

(Enter <u>full name</u> of each <u>Defendant</u>.
If additional space is required, use the
blank area directly to the right).

_____/

2012 JUL 12 PM 1:40
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FILED

### <u>ANSWER ALL OF THE FOLLOWING QUESTIONS:</u>

I.  <u>PLACE OF PRESENT CONFINEMENT:</u> _Jonathan Lewis L45211 - Florida state_
(Indicate the name and location)
_Prison - 7819 NW 228ᵗ street Raiford, Fl 32026_

II.  <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES:</u> **Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.** _See attach exhaustion of administrative remedies sheet._
_page 1A_

III.  <u>PREVIOUS LAWSUITS:</u>

DC 225 (Rev 2/2012)                          1

II.) Exhaustion of Administrative Remedies
Page 1A

When I submitted the staff abuse grievance I was
just learning and didnt put all my claims and then I did the
same in the disciplinary report appeal as well so now
while this ~~grievance~~ complaint is pending then the grievance
will be pending with the exact same claims in it and
when they render a answer I will submit it to the
court but just like the others they will not do anything
because I claimed staff abuse several other times. The
authority figures at union CI who didnt take action is
warden B.V. Reddish, Asst warden of programs
Nan Jeffcoat, and operation analyst A. Johnson
and see Florida D.O.C log numbers disciplinary
report log # 213-110289 and Florida D.O.C grievance log #
1103-213-259, 11-6-12265, 11-6-16707, and 11-6-06514.
The attach grievance is the new grievance and it is over
with for me to file a grievance but if the court wants me to
then I will.

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( ✓ ) No ( )

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( ✓ ) No ( )

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

   Plaintiff(s): _Jonathan Lewis DC# L46-211_____

   Defendant(s): _Florida Dept of corrections same defendants in all lawsuits except the one on charlotte CI warden Tomlinson_

   2.   Court (if federal court, name the district; if state court, name the county):
   _US district court middle district of Florida - Ft Myers and Jacksonville division_

   3.   Docket Number: _3:11 cv-00383 TJC-MCR dismissed, 2:10-cv-00 middle district of Florida_

   4.   Name of judge: _US District court Jacksonville division Timothy J. Corrigan,_

   5.   Briefly describe the facts and basis of the lawsuit: _the one dismissed police obuse and the one in the Ft Myers division First Amendment violations and Bradford county court confinement, Publications_

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?): _only one was dismissed 3:11-cv-00383-TJC-MCR and others pending except the 4 in Bradford county dismissed to_

   7.   Approximate filing date: _unknown_____

   8.   Approximate disposition date: _unknown_____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

III) previous law suits
page 2A

efendants 1) •, Asst warden of Programs Hummel, Asst warden of operations Morgan, Colonel shider, Major Anderson and Grievance coording tor C. Englund that was the administration at the time

2) Jacksonville division and Leon County Courthouse in Tallahassee, Florida, Bradford County Courthouse, Starke, Florida

3) 547-JES-DNF Ft.myers division, case no. 04-2010-CA-661, 04-2010-CA-692, 04-2010-CA-691 ~~in~~ in Bradford county and then Zalmost forgot First District court of Appeal in Tallahassee, Florida case no. 1D10-6784, 1D10-6404, and 1D10-6404 and Florida supreme court in Tallahassee, Florida case no. SC12-310, Leon County Courthouse case no. 2011-CA-003364 and 2011-CA-003362 and 2011-CA-003360 and 2011-CA-003365.

4) and Monte C. Richardson Ft. myers division - John E Steel and Douglas N. Frozier and Bradford County court Toby S. monaco and Leon County Courthouse Charles Francis

5) and embezzlement and Leon county courthouse High security, property restriction, food violations, and Phone violations

identify these suits below by providing the case number, the style, and the disposition of each case: _N/A_

IV.   **PARTIES**:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _Jonathan Lewis L45 211_

Mailing address: _Florida state Prison - 7819 Nw 228th street in_

_Raiford, Fl 32026_

B.   Additional Plaintiffs: _N/A_

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _Toni Bowden Jointly individual/official capacity_

Mailing Address: _unknown to me right now_

Position: _central office Northern Region Grievance Coordinator and Inspector of the Florida Dept of Corrections_

Employed at: _Florida Dept of Corrections central office - Northern Region Region 2 P.O Box 718, Hwy 231 Lake Butler, Fl 32054-0628 Phone# 386-496-6704 Fax 386-496-676_

D.   Defendant: _Nan Jeff Coat Jointly individual/official capacity_

Mailing Address: _unknown to me right now._

Position: _Florida Dept of corrections Asst warden of programs at Union CI_
_Union Correctional Institution - 7819 NW 228th Street in_
Employed at: _Raiford, Fl 32026 Phone# 386-431-2000 Fax# 386-431-2016_

E.   Defendant: _Christopher McFarland individual and official capacity Jointly_

Mailing Address: _unknown to me._

Position: _NWU administrative escort officer on the 8am to 4pm shift at Union CI_
_Union correctional Institution - 7819 NW 228th Street in Raiford, Fl_
Employed at: _32026 phone# 386-431-2000 Fax# 386-431-2016_

F.   Defendant: _carl miller individual and official capacity Jointly_

Mailing Address: _unknown to me._

Position: _NWU administrative officer at Union CI on the 8am to 4pm shift,_
_Union correctional Institution - 7819 NW 228th Street in Raiford Fl 32026_
Employed at: _Phone# 386-431-2000 Fax: 386-431-2016_

G.   Defendant: _Susan B. Tran individual / official capacity Jointly_

Mailing Address: _unknown to me now._

Position: _mental health doctor for the Florida Dept of corrections on the 8am to 4pm shift_
_Reception Medical Center - P.O. Box 628, Hwy 231 in Lake Butler, Fl_
Employed at: _32054-0628 Phone# 386-496-6000 Fax# 386-496-3287_

IV) parties
page 4A

efendant | Rassana scay individual and official capacity Jointly

ailing address: | unknown to me at time:

osition: | dorm nurse at union CI on the 8am to 4pm shift

nployed at: | union correctional Institution - 7819 nw 228th street in Raiford, Fl
32026 phone# 386-431-2000 Fax# 386-431-2016

*see continuation sheets pages 5A to 5H*

V.   STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

1) The Plaintiff Jonathan Lewis suffered abuse before 2-24-11 and on 2-24-11 and after 2-24-11 related to 2-24-11 because of the labic as a writer writer and my lawsuit for mail violations on charlotte cI not for a specific grievance but for several, I was constantly reminded that 2-24-11 is coming in 5 doim at union cI on 3 shifts by the officers with

VI.  STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

In the statement of claim that is my facts number 2 and 2a to 25.

v) statement of claim
Continuation page 5 A

each form of retaliation that came warning came 2-24-11 was coming I wondered how they will execute it since I dont leave my cell, I only left my cell for school because I didn't want to live in fear and I did'nt think they would try to kill me and I told my family I would get my GED.

2) The events that took place at union CI in s dorm or while I was housed in s dorm on the 8am to 4pm shift on wing 2 rm s2105 that followed to wing 4 rm s4111. The events are as follows and each claim relates to 2-24-11 attempt on my life by officer christopher mcfarland and Crews both are nwid administrative officers for s dorm at time. All claims are related to the 2-24-11 incident or a circumstance that surrounds the incident and is a violation of the Unite sta tes constitution 8th amendment cruel and usual punishment and other ~~stat~~ federal statues that involve battery on a inmate and goverment corruption and state statues of the same.

a) The Plaintiffo Jonathon Lewis on 2-24-11 at union CI S dorm wing 2 rm s2105 time frame 7am to 8am the officers put handcuffs on me while both used racial slurs and verbal abuse and did the same when the door open as officer crews supervise seargent clemons put the rest of the restraints on so I can be escorted by the officers to the TABE testing area.

b) The Plaintiff Jonathon Lewis at union CI housed in s dorm while going to the TABE testing luetenant shawn swain and officer J. Taylor with my 2 witnesses

P9 5 B

told me the officers is violating my food (spitting in my food) and violating my mail and that I am a nigger and on the way back I am in trouble, so it was quiet and we reach the place so I can take the test.

c) The Plaintiff Jonathan Lewis at union CI housed at S dorm I am coming back from the TABE testing area with officers C. McFarland, Box, Corley, Crews, Taylor and Miller in front of U and V dorm. The problem started when officer C. McFarland pulled my pants up on me twice and they were not down and reinterating "you have a fat ass" because homosexuals in prison where there pants like that and then grab my behind as a guy does a Female and made racial comments and threats towards me for when I get to S dorm and said I was a snitch as I ask him please dont hurt me. Time frome 10:20 am to 11:00 am.

d) The plaintiff Jonathan Lewis at union CI going back to S dorm because I was housed in S dorm time frame 10:20 am to 11:00 am as I ask ~~xxxxxx~~ officer C. McFarland to please dont hurt me and leave me alone in front of the canteen he grabs me and slams hard on my ~~xxx~~ face making face hit the concrete my forehead while saying nigger and grab my head and starts banging it on the concrete several time severally while I get dizzy and ~~xx~~ says nigger and snitch and tells officer Crews hold this nigger legs so it look like we are him down and they didnt have to hold me down because I am in full restraints I cant move in full restraints just walk.

e) The plaintiff Jonathan Lewis at union CI going back to S dorm time frame ~~xxxx~~ 10:20 am to 11:00 am after officer McFarland was banging my head at that point I am

P95C

almost out officer mcFarland starts choking me until my eyes about to close and I have never been choked to that point at that point I was afraid and started to panic I felt tears of sadness and pain when a person knows he is about to die so out of no where officer corley pull officer mcFarland off me while he said nigger stop being a snitch. Claims a, b, c, d, and e happen on 2·24·11.

f) The Plaintiff Jonathan Lewis at union CI while going back to S dorm on 2·24·11 couse me head trauma, abrasions on my forehead, abrasion on my arm, dizziness, dizzy spells from time to time, a finger penetrated my rectum/anus, chest pains, migraines, and sore neck for months and I was full restraints so I could not move or defend myself and there is no rule for use of force in restraints.

g) The Plaintiff Jonathan Lewis at union CI on 2·24·11 after the attempt on my life I was carried back to my housing area S dorm in the front door and as soon as I got in S dorm before anything officer C. McFarland put a spit shield on my face and a spit shield at union CI covers your entire face they only suppose to cover your mouth and each prison has a different object they utilize for spit shields, so I get in the dorm and officer mcFarland put the spit shield on my face and I had not seen medical while being held down on the floor in agony and pain by the medical triage room.

h) The Plaintiff Jonathan Lewis at union CI on 2·24·11 in S dorm after the abuse is on the floor in the hallway by the medical triage room with a spit shield on my face and I didn't spit on him the disciplinary reports only says I attempted to with no details they must give specific details and I cant

P3 5d

remember at what point the small audio camera came but it came and I was carried to the holding cell in the group room and from there they let me up and I went in the medical triage room with Luetenant Shawn Swain and nurse vance can do a medical injury report but luetenant swain told her to not do it and she didnt do it.

I) The plaintiff Jonathan Lewis in union cz in s dorm stop in front of the medical triage room in the hallway with the small audio camera and talk to it and spoke on it about the staff abuse and the inspector will be notified and I didnt say anything because I was in fear and shock because officer mcfarland just tried to kill me and would have gotten away with it and claims Fight, and i happen in time frame 10:20 am to 11:00. On 2-24-11.

JJ) The plaintiff Jonathan Lewis at union cz s dorm time frame 10:20 am to 11:00 am states all employees saw my wounds that work in s dorm and after the camera then I was escorted back to my room wing2 rm 52105 I was placed on property restriction which means they take all the property out my cell state and personal and leave me with nothing but a pair of boxers meaning I cant get the proper rest for my injuries sleeping on the floor or cold steel and my body aching and I cant go on property restriction after abuse my body has to rest and all dorm employees saw me like that and nothing justified the property restriction. I had severe injuries and I cant even have access to court and access to anybody for the matter. On 2-24-11.

K) The plaintiff Jonathan Lewis at union cz in 5 dorm wing 2 rm 52105 2-24-11 time frame 10:20 am to 11:00 am while in my cell on property restriction I called a psychological

emergency to see mental health and wing 2 counselor came Ms. Mitchell and the doctor Dr. susan B Tran and they saw my wounds and saw me on property restriction and told me that I cant come out do to the use of force and said they will pull me after lunch and they was suppose to pull me right there when the emergency arrouse.

L) The Plaintiff Jonathan Lewis at union CI s dorm wing 2 rm S 2105 time from 1pm to 2pm on 2-24-11 I was handcuffed and Pulled from my cell by officer Boegner and Griffin gave me small clothes to put on so I can look like a homosexual and I was pulled out my cell for medical and mental health services and while I was being pulled from my cell both officers are using racial comments towards me and verbal abuse, I leave my cell they gave me clothes do to me being on property restriction and I cant remember if I had a spit shield on but I was not suppose to.

m) The Plaintiff Jonathan Lewis at union CI s dorm time frame 1pm to 2pm ~~~~~ 2-24-11 wing 2 I am escorted to the triage room to see nurse Rossang seay and Doctor Nazareno and not one of them wrote a incident report relating to the wounds they saw on my face and but did a medical injury report and Doctor Nazareno wrote in my file so no one can understand his hand writing and he did that a lot in my file and did it in other inmates file as well. Also the doctor knew I was on property restriction and could not recieve the proper injuries for ~~~~~ the state I was in, in fact he said he cant do anything. The doctor or the nurse didnt inquire about my safety or call his supervisor and didnt put me on wound care for my injuries.

n) The plaintiff Jonathan Lewis on 2-24-11 at union CI 5 dorm timeframe 1pm to 2pm left the medical triage room to see mental health that is psych specialist ms. mitchell and psychiatrist Dr. Susan B. Tran I spoke to mental health about what happen since I am a psych 3 mental health patient on psychotropic medication with a condition under the Americans with disability act and rehabilitation act and I went to the group room in the holding cell for a lon 1 and they didnt write a incident report and they said they didnt care and they saw me like that on property restriction both of them, mental health didnt call there supervisor to see what action should be taken, no one did anything.

o) The plaintiff Jonathan Lewis on 2-26 or 27-11 at union CI in 5 dorm on wing 2 rm S2105 to wing 4 rm S4111 on the 12am to 8am shift I was removed from my cell to wing 4 rm S4111 by seargeant clemons and officer h. presscott remove me from my cell and told me that I am a snitching nigger and I belong on wing 4 with all the other snitches and that officer mcfarland should have killed me on 2-24-11 and I want to kick your ass my self.

p) The plaintiff Jonathan Lewis ~~me~~ at union CI in 5 dorm on ~~and~~ wing 4 ~~wing 4~~ I cant remember if it was me or another inmate ~~that~~ that put the grievance out but I wrote a emergency grievance after 2-24-11 about the staff abuse and when I got the response back it was denied and this was serious no action relating to my safety was taken I was not even placed on protective management for my safety. 8am to 4pm shift.

q) The plaintiff Jonathan Lewis at union CI in 5 dorm wing

4 rm 5411 on the 8am to 4pm shift after 2·24·11 I was given what is known as a disciplinary report which is a write up for rule violations regarding the 2·24·11 incident which is a lie to justify his attempt on my life and it a poor justification. The officer who ~~brings the~~ brings the ~~~~ disciplinary reports officer B. calloway would not let me fill out the disciplinary report investigative papers and claim I refused and I could have called witnesses and provide evidence like medical records etc and because of this I was found guilty in DR court and the DR appeals was denied and none of the officials at the prison from the DR investigative person to the DR hearing people to the appeals person is instructed on Due process of law they dont even know what that is. The officials involved who saw my grievances meaning they had to review the DR and DR investigative papers field inspector at central office Toni Bowden, the institutional inspector not sure which one, warden B.V. Reddish, Asst warden of programs Nan Jeffcoat, operations Analyst A. Johnson, and Grievance coordinator at central office S. Milliken no one took any action regarding my safety.

R) The plaintiff Jonathan Lewis at union CI on the 8am to 4pm shift and other shifts after 2·24·11 wing 4 rm 5411 in S dorm tried to recieve medicare for this abuse and conditions related to the abuse and not related to the abuse on several occassions at union CI in S dorm and V dorm but there is a old notice of intent in there from Florida state prison and grievances and the medical dept see it each time I try to access medicare and they refuse to give me medicare in other words they dont care and I could not get the proper medicare because

they folsify documents and dont write down what I
tell them and who is there to stop them.

5) The plaintiff Jona than Lewis at union CI in S dorm
on ▓▓ all shifts on wing 4 and other places I been to
while house on wing 4 rm 54111 after 2·24·11 no employee
who saw my wounds wrote a incident report and every
body who saw my wounds ask me what happen and
I told them even when I went to lake butler Florida
Dept of corrections medical center and I didnt have on a
spit shield no one care.

VII.   <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes. *see continuation sheets Page 7A to 7L*

*wherefore the Plaintiff Jonathan Lewis prays for the following relief:*

2) A declaration stating that this did happen and I darn covered up the 2-24-11 incident and did everything to make sure it stayed covered up by falsifying documents and I was not in non compliance and there was no force needed and this was staff abuse.

2) Declaratory relief stating what my rights are when something like this happen and the action that must be taken when it happen.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___9___ day of ___July___, 20_12_.

Jonathon Lewis DC# L48211-Florida
State Prison- 7819 NW 228 street 111
Raiford, Fl 32026
(Signatures of all Plaintiffs)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _9_ day of ___July___, 20_12_.

VII) relief requested
continuation sheet page 7A

3) Any other relief the court deem necessary.

4) Any fees or cost I incurr before filing, at filing, and after filing.

5) A ~~Just~~ trial on the merits of my case,

6) A order from the court compelling the Florida and United states Attorney General to investigate the Florida Dept of corrections and recieve assistance from these agencies, the union county state Attorney office, union county sheriff office, Florida Dept of Law Enforcement, Florida Dept of corrections inspectors, and the F.B.I so criminal charges can be filed against the right culprits state and Federal charges and each entity start by talking to me and keep me posted on the investigation and use the information in ~~open~~ my civil trial towards a civil and criminal rico act case and all culprits on administrative leave while the investigation is going on

7) A permonent injunction stating officers at union C.I cant attack inmates in restraints ~~in~~ in places with no camera until provision is made for that they can only protect themselves.

8) -Damages-

8a) Actual, General, and compensatory damages Jointly from each defendant for the brutal attack on my life while it was happening I suffered excrusiating pain and agony and after the condition my body was in for a period of time and still is and the fact medical let me rot in which I will never be the same and placing me on property restriction and my body was in bad

page 7B

shape and the dizzy spells, ~~migraines~~ migraines, enhanced
chest pains and breathing issues that are minor that could
get serious one day in which enhanced the detiriated state
my body was already in in the amount of $200,000,

8b) consequental damages and special damages Jointly from
each defendant ~~them~~ for the reasons stated in number
8a since there is no rule to stop them from attacking
me in restraints in places with no camera and the officers
lie to protect there Job which cause me a traumatizing injury
for the rest of my life as a consequence and since they will
not let inmates help each other without retaliation and
~~for~~ repercussions which is a form of torture in the amount
of ~~$200,000~~ $200,000.00,

8c) Double and Treble damages Jointly from each defendant
for the reasons stated in 8a and 8b and the pain and
suffering I went through when I almost lost my life and
after the incident no medicare, falsifying documents and
property restriction $400,000.00.

8d) Exemplary and Punitive damages Jointly from each
defendant because that was set up where the officers
in dorm let me know ahead of time that 2-24-11 was
coming while they was abusing me before that and
other officers told me after that the intend was to end
my life in a brutal way but as a result of survival I
recieve ~~while~~ while it went on I was in pain and ~~agony~~ agony
from having my head banged on concrete so many times
and after not being able to recieve medicare or the
proper rest for my injuries and for what I stated in
8a, 8b, and 8c in the amount of $200,000.00

page 7c

8e) Expectation damages Jointly from each defendant for the reasons stated in 8a, 8b, 8c, 8d, and other reasons because there is a certain level of care, custody, control, protection and treatment that Florida Dept of corrections employees and people that work there under contract is suppose to exhibit and didnt provide this by not doing anything to the officer for trying to kill me and not taking any action for my safet after the event that traumatize me for the rest of my life and the fact they did this to me and I am a mental health patient in the amount of $200,000.00.

8f) Physical battery damages Jointly from each defendant for the reasons stated in number 8a, 8b, 8c, 8d, and 8e for the brutal attack on my life and the abuse after the attack on my life in the amount of $200,000.00

8 g) Liquidation damages Jointly from each defendant for the reasons I stated in 8a, 8b, 8c, 8d, 8e, and 8g for me being a victim of a crime at the hands of criminals in a uniform that could have ended my life and for not having policy and procedure to prevent it and not taking any action against them and covering it up in the amount of $200,000.

8 h) Nominal damages Jointly from each defendant for the reasons I stated in 8a, 8b, 8c, 8d, 8e, 8f, and 8g for the violation of my U.S constitution right the 8th amendment and provisions of the Florida constitution Article 1 section 2, 4, and 17 and Article 2 section 5(b), in the amount of $200,000.00

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 6/14/12 1930 | Clinic note: I/M accessed CSC stating officers are poisoning his food. MH referral completed.<br>S.D. TOLLICK, CMTC FLORIDA STATE PRISON |
| 6/13/12 0700 | Clinic note: I/M accessed CSC stating officers are irritating ~~you~~ poisoning his food. MH referral completed 6/14/12.<br>S.D. TOLLICK, CMTC FLORIDA STATE PRISON |
| June 18, 2012 0945 | Inc. Note: Inmate accessed CSC claiming officers and runarounds are poisoning his food trays. Mental Health referral completed and submitted this date and time.<br>M. Bell LPN |
| 6/20/12 0700 | Clinic note: I/M accessed CSC regarding same issues from previous CSC. I/M has been referred to MH on 6/14/12 and 6/18/12. I/M educated on sick call vs grievance process.<br>S.D. TOLLICK, CMTC FLORIDA STATE PRISON |
| 6/21/12 1130 | ING Note: I/M accessed CSC regarding issues previously addressed in multiple sick calls. I/M states security staff and run-arounds are manipulating food. MH referral done on 6/18/12.<br>J Thomas LPN J Thomas |

Inmate N: Lewis, Jonathan
DC#: L45211    B/M
Date of B: DOB: 07/09/1982
Institutio: FSP

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

## FLORIDA DEPARTMENT OF CORRECTIONS
# EMERGENCY ROOM RECORD

**Check all that apply:**  ☒ Inmate   ☐ Employee   ☐ Visitor
☐ **Post-Use-of-Force Exam**   ☐ **Injury**   ☐ **Physical Altercation**

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: Around dinner time (pegh)   Time of exam: 1430

Description of occurrence:
I/M alledges that C/O is putting something in his food.

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ☒ N/A

Vital Signs:   Temperature 96.8   Pulse 72   Respiration 18   Blood Pressure 124/88

Arrived via:   ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain? If checked, where?_____

Examination summary:
"C/O dizziness, headaches, migraines. I/M stated "I blackout @ night. ⊘ visible injuries noted. Respirations even and unlabored. NAD noted @ this time.

Physician notified?   ☒ No   ☐ Yes   Name:_____   Time:_____

Treatment provided?   ☒ No   ☐ Yes   If yes, describe:_____

Response to Treatment:   N/A

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):_____

Discharge Instructions and Education:
Mental health referral complete. F/U c̄ SIC PRN

Health Care Provider's Signature and Stamp: MReynolds LPN
MELISSA REYNOLDS, LPN
FSP - MEDICAL
Date/Time: 6/11/12 1430

Reviewing Physician's Signature and Stamp:
G.A. ESPINO, MD, MSA
CHIEF HEALTH OFFICER
FLORIDA STATE PRISON
Date/Time: 6-12-12 0900

**Name** Lewis, Jonathan
**DC#** DC# L45211   B/M
**Date o** DOB: 07/09/82
**Institu**

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 3/22/11)

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence _6-8-12_                 Time of occurrence _around dinner time ( per IM)_
Date injury assessed by medical _6-11-12_   Time injury assessed by medical _1430_

☐ No injury identified

Description of injury _C/O dizziness, headaches, migraines._
_IM stated "I blackout @ night". Ø visible_
_injuries noted. Respirations even and unlabored._
_NAD noted @ this time._

_MReynoldsLPN_   MELISSA REYNOLDS, LPN.
                 FSP - MEDICAL
**Staff Signature**

Lewis, Jonathan                 ————
DC# L45211    B/M               ————
DOB:  07/09/82                  ————

                                    S.A. ESPINO, MD, MSA
                                    CHIEF HEALTH OFFICER
                                    FLORIDA STATE PRISON

                                This form is not to be amended, revised, or altered without
                                approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

| Check one: | ☑ Inmate/Post-Use-of-Force Exam |
| | ☐ Employee: ☐ Post-Use-of-Force Exam OR ☐ Injury OR ☐ Physical Altercation |
| | ☐ Visitor/Injury |

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1042          Time of exam: 1055

Description of occurrence:

I/m alleging excessive use of force c̄ chemical agents

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ☐ N/A

Vital Signs:   Temperature _Refused – See DC4-711A_ Pulse _____ Respiration _____ Blood Pressure ____/____

Arrived via:   ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other: _____

Condition on arrival (check all that apply):   ☑ Alert   ☑ Oriented x 4 (person, place, time, situation)   ☑ Responding to questions verbally
☐ Other (requires description in assessment summary)
☐ C/O pain?  If checked, where? _____

Assessment summary:

I/m A+O x3. NAD noted. Ambulatory inside cell. No resp. distress noted. Refused medical assess – see DC4-711A. No visible injuries noted cell front.

Physician notified?   ☑ No   ☐ Yes    Name: _____    Time: _____

Treatment provided?   ☑ No   ☐ Yes    If yes, describe: Refused

Response to Treatment: Refused

Disposition:   ☐ Population   ☑ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain): _____

Discharge Instructions and Education:

No lotion/soap/cream x 72°. HU c̄ SPK call prn. Mental health normal done.

Health Care Provider's Signature and Stamp: _Bailey Archer LPN_ Date/Time: 10/3/10 2115

Reviewing Physician's Signature and Stamp: _____ Date/Time: OCT 04 2010
G.A. ESPINO, MD
MSA CHIEF HEALTH OFFICER
FLORIDA STATE PRISON                                                                 0815

Name: Lewis, Jonathen
DC#: L45211     Race/Sex: BM
Date of Birth: 7-9-82
Institution: FSP

Inmate Distribution:
White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Personnel File
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Revised 10/07)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence _10·3·10_        Time of occurrence _1642_

Date injury assessed by medical _10·3·10_   Time injury assessed by medical _1655_

☒ No injury identified

Description of injury _Refused medical_

_____

_____

_____

Staff Signature _____

Inmate Name _Lewis Jonathan_

DC# _L45211_        Race/Sex _Bm_

Date of Birth _7·9·82_

Institution _FSP_

C.A. ESPINO, MD
M.A. CHIEF HEALTH OFFICER
FLORIDA STATE PRISON
0815
OCT 0 4 2010

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

| Check one: | ☒ Inmate/Post-Use-of-Force Exam |
| --- | --- |
| | ☐ Employee: ☐ Post-Use-of-Force Exam OR ☐ Injury OR ☐ Physical Altercation |
| | ☐ Visitor/Injury |

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 1042                    Time of exam: 1055

Description of occurrence:

Quoi / Spontaneous / Chemical

Inmate showered without soap (if post use of chemical agent)? ☐ Yes   ☐ Refused   ☐ N/A

Vital Signs:   Temperature _____   Pulse _____   Respiration _____   Blood Pressure _____ / 

Arrived via:  ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☒ Alert  ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in assessment summary)
☐ C/O pain?  If checked, where?_____

Assessment summary: Ym AЗO Y's 3 NAD noted Ambulatory inside cell
Ø resp distress noted Refused medial See DC4-711A
Ø Visible Injuries noted cell front

Physician notified?  ☒ No  ☐ Yes   Name: Refused                    Time:_____

Treatment provided?  ☒ No  ☐ Yes   If yes, describe: Refused

Response to treatment: Refused

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):_____

Discharge Instructions and Education: Ø soap Ø lotion Ø creen x3 days Flu c̄ s/c PRN
mental Health Refused

Health Care Provider's Signature and Stamp: Judy Walters SMN          Date/Time: 10.3.10 @ 1700

Reviewing Physician's Signature and Stamp:           Date/Time: OCT 04 2010
G.A. ESPINO, MD                                                                    0870
MSA-CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

| Name | Lewis Johnathan | | Inmate Distribution: | White—Health Record |
| --- | --- | --- | --- | --- |
| DC# | L45211 | Race/Sex B/M | | Canary—Inspector General |
| Date of Birth | 7.9.82 | | | Pink—Local Requirements |
| Institution | FSP | | Employee Distribution: | White—Personnel File |
| | | | | Canary—Employee Copy |
| | | | | Pink—DESTROY |

DC4-701C (Revised 10/07)                    This form is not to be amended, revised, or altered without approval of
the Office of Health Services-Administration

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**DIAGRAM OF INJURY**



Date of occurrence 10.3.10                Time of occurrence 1642
Date injury assessed by medical 10.3.10   Time injury assessed by medical 1655

☐ No injury identified

Description of injury Refused medical

_____

Staff Signature    Twalkss

Inmate Name Lewis Jonathan
DC# LU5211          Race/Sex B/M
Date of Birth         7.9.82
Institution          FSP

G.A. ESPINO, MD
M&A CHIEF HEALTH OFFICER
FLORIDA STATE PRISON

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
# EMERGENCY ROOM RECORD

**Check all that apply:**  ☒ Inmate   ☐ Employee   ☐ Visitor
☒ Post-Use-of-Force Exam   ☐ Injury   ☒ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 0725                    Time of exam: 0745

Description of occurrence: Reportedly, I/M's arm/hand (?) was pushed back in cell "food flap" opening by officer on duty on B-wing. (No chemical agent used.)

Inmate showered without soap (if post-use of chemical agent)?   ☐ Yes   ☐ Refused   ☐ N/A

Vital Signs:   Temperature N/A   Pulse 80   Respiration 18   Blood Pressure 108/78

Arrived via:   ☒ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:

Condition on arrival (check all that apply): ☒ Alert   ☒ Oriented x 4 (person, place, time, situation)   ☒ Responding to questions verbally
☐ Other (requires description in examinations summary)
☐ C/O pain?  If checked, where? _____ (See below) No specific c/o pain.

Examination summary: I/m examined on quarterdeck - He reported that (L) elbow "feels like tissues ripped." Arm/(L) elbow examined. No skin intact, no swelling. Said he was upset over food tray issue. He was calm/cooperative for exam.

Physician notified?   ☒ No   ☐ Yes   Name: _____ Time: _____

Treatment provided?   ☒ No   ☐ Yes   If yes, describe: _____
No treatment needed.

Response to Treatment: N/A

Disposition:   ☐ Population   ☒ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education: I/m can return for exam in Medical Clinic, if needed, MH referral Made (routine). He was counseled briefly to try to control anger

Health Care Provider's Signature and Stamp: Mark Ryan RN /MARK RYAN RN   Date/Time: 2/25/12 - 0805

Reviewing Physician's Signature and Stamp: S.M. LAGMAN, MD   SM   Date/Time: FEB 27 2012
FSP - MEDICAL                                                            1352

Name: LEWIS, JONATHAN
DC#: L45211   Race/Sex: B/M
Date of Birth: 7/9/82
Institution: FSP

Inmate Distribution:
White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-91C (Effective 3/22/11)

## FLORIDA DEPARTMENT OF CORRECTIONS
### OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence _2/25/12_     Time of occurrence _0725_

Date injury assessed by medical _2/25/12_     Time injury assessed by medical _0745_

☑ No injury identified

@ Quarterdeck on B-WING

Description of injury _c/o (L) elbow "feels like_
_tissues ripped." No evidence of such_
_skin intact. No swelling noted. He appeared_
_to be in No discomfort c̄ ARM bent in cuffs._
_Mara Ryan SRN / MARK RYAN_     No specific c/o PAIN

Staff Signature

Inmate Name _LEWIS, JONATHAN_
DC# _L45211_     Race/Sex _B/M_
Date of Birth _7/9/82_
Institution _FSP_

S.M. LAGMAN, MD
FSP - MEDICAL
FEB 27 2012
1352

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210. F.A.C.