UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JONATHAN LEWIS,

    Plaintiff,

v.                                Case No. 3:11-cv-818-J-34MCR

T. BOWDEN, et al.,

    Defendants.

_____

## EIGHTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL[1]

Plaintiff Jonathan Lewis sues Defendant Christopher McFarland and alleges:

### PARTIES

1. Plaintiff Jonathan Lewis, a thirty-four-year-old man with a history of mental illness, is a citizen of Florida, who was incarcerated at Union Correctional Institution from October 25, 2010 to January 6, 2012.

2. At all relevant times to the events described herein, Defendant Christopher McFarland was employed at Union Correctional Institution as a corrections officer and acted under color of law. Defendant is sued in his individual capacity.

---

[1] Pursuant to the Order entered August 11, 2014 (Doc. 227 at 6-7), the Court appointed Lewis counsel and granted Lewis leave to file an eighth amended complaint.

## JURISDICTION

3. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331, and pursuant to 28 U.S.C. § 1343(a)(3) and (a)(4). This Court has supplemental jurisdiction of the Florida state law claims pursuant to 28 U.S.C. § 1367.

## VENUE

4. Venue in this Court is proper as to Defendant pursuant to 28 U.S.C. § 1391(b)(2) because the events giving rise to the claims occurred within this district.

## EXHAUSTION

5. Lewis exhausted all available administrative remedies related to the claims made herein.

## STATEMENT OF THE FACTS

6. During his tenure at Union Correctional Institution, Lewis often complained about the way corrections officers treated him, and on several occasions, he wrote and filed formal grievances against those officers.

7. On at least one occasion, Defendant took issue with Lewis's complaints and belittled Lewis by describing him as a "writ writer."

8. On February 24, 2011, Lewis underwent preparation or testing for the Test of Adult Basic Education (TABE). Afterwards, Defendant escorted Lewis,

who was in full shackles, back from the TABE testing area to the S dorm.

9. During this escort, Defendant began sexually harassing Lewis. Defendant repeatedly hiked Lewis's pants well above his waist line to an uncomfortable level and made the statement "you have a fat a--."

10. Lewis asked for Defendant to leave him alone.

11. Defendant responded, however, by telling Lewis to "shut up" and calling him a "snitch." Defendant then escalated the situation by lewdly groping Lewis's posterior and threatening to "beat the sh--" out of Lewis, "f--- [him] up," and "stick a finger in [his] a--."

12. Defendant then pulled Lewis to the ground, slammed his head on the concrete multiple times, and smeared Lewis's head against the concrete.

13. Defendant then called for another corrections officer to "hold [the] n----'s legs" down to make it appear as if Lewis was resisting the Defendant.

14. While the other corrections officer pinned Lewis's legs, Defendant started strangling Lewis.  It was only when Lewis was on the brink of unconsciousness that Defendant stopped. While suffering and attempting to recover on the ground, Lewis felt a finger penetrate his anus.

15. After the attack, Defendant took Lewis to the infirmary.  Dr. Nazareno evaluated and documented injuries to Lewis's face, neck, legs, and arm.

16. Lewis also suffered bruised ribs, chest pains, neck pains, and severe

headaches for nearly a month following the attack.  Throughout the remainder of his stay at Union Correctional Institution, Lewis suffered emotional distress, anxiety, and remained fearful of further assaults.

## COUNT I
## 42 U.S.C. § 1983

17.     Lewis re-alleges paragraphs 1-16.

18.     Defendant engaged in a deliberate and outrageous invasion of Lewis's bodily integrity that shocks the conscience in violation of his rights under the Eighth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. § 1983.

19.     Defendant deliberately and intentionally assaulted and battered Lewis in violation of his rights under the Eighth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. § 1983.

20.     Defendant misused and abused the official power granted to him by the state of Florida for the performance of his official duties as a corrections officer causing significant harm to Lewis.

21.     Defendant acted with malice, or reckless and callous indifference, towards Lewis and his constitutional and statutory rights.

## COUNT II
## Battery

22.     Lewis re-alleges paragraphs 1-16.

23. On or about February 24, 2011, Defendant intentionally caused offensive physical contact with Lewis, which resulted in injury.

24. Defendant's intentional physical contact with Lewis was malicious and designed to injure Lewis.

25. Lewis suffered injury and damages as a direct, actual, and proximate result of Defendant's intentional offensive physical conduct.

## COUNT III
### Intentional Infliction of Emotional Distress

26. Lewis re-alleges paragraphs 1-16.

27. On or about February 24, 2011, Defendant engaged in extreme and outrageous conduct that was intended to, and did, result in severe emotional distress suffered by Lewis.

28. Defendant's intentional extreme and outrageous conduct was the actual and proximate cause of the severe emotional distress suffered by Lewis.

## RELIEF REQUESTED

WHEREFORE, Plaintiff requests the following relief from this Court:

1. Compensatory damages against Defendant;

2. Punitive damages against Defendant;

3. Reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988; and

4.   Such further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff requests a trial by jury on all issues triable by a jury.

        BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
        Professional Association

By:    s/Michael E. Lockamy
      Michael E. Lockamy
      Florida Bar No. 69626
      mel@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone: (904) 353-0211
      Facsimile: (904) 353-9307

Attorney for Plaintiff Jonathan Lewis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

      s/Michael E. Lockamy
Michael E. Lockamy
Florida Bar No. 69626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

Attorney for Plaintiff Jonathan Lewis